UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                CASE NO. 6:08-CR-117-ORL-19GJK

DAMIAN JAMIL SMITH

### ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 74, filed June 25, 2009) and no objection thereto having been filed, it is **ORDERED:**

    1.    The Report and Recommendation of the United States Magistrate Judge (Doc. No. 74) is **ACCEPTED, AFFIRMED AND ADOPTED.**

    2.    Defendant Damian Jamil Smith has entered a plea of guilty to Counts Four, Six, Twelve, and Fourteen of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts Four, Six, Twelve, and Fourteen of the Indictment.

    3.    Ruling on acceptance of the Plea Agreement (Doc. No. 70, filed June 25, 2009) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   28th   day of June, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy